

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-83,797-01

### IN RE DARRELL CURLEE, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### IN CAUSE NO. 37,458 IN THE 66TH DISTRICT COURT
### FROM HILL COUNTY

*Per curiam.*

## O R D E R

Relator filed a motion for leave to file an application for a writ of mandamus, pursuant to the original jurisdiction of this Court. The application requests that we issue a writ of mandamus in the underlying case, ordering the district court to vacate its order appointing counsel and designating Lyle Gripp lead counsel dated February 27, 2015. Relator first filed a petition for writ of mandamus in the Tenth Court of Appeals. *In re Darrell Curlee*, No. 10-15-00157-CR (Tex. App.—Waco, June 11, 2015) (not designated for publication). The Court of Appeals denied relief without comment. *Id.*

The respondent, the Judge of the 66th District Court of Hill County, is ordered to file a response with this Court. The Hill County District Attorney or his representative, and appointed

counsel, Lyle Gripp, may also submit responses.

The motion for leave to file an application for writ of mandamus will be held in abeyance until the respondent has submitted the appropriate response. Any responses shall be submitted within 30 days of the date of this order. Any further proceedings in the underlying cause are hereby stayed until this application for writ of mandamus is resolved.

Filed: September 16, 2015
Do Not Publish